IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LATOYIN V. DAVIS, | |
| Plaintiff, | **8:23CV548** |
| vs. | |
| SPENCER D. GROSS,  AON RISK, and DOMINO'S PIZZA, LLC, | **ORDER** |
| Defendants. | |

IT IS ORDERED:

1.  Pursuant to NECivR 15.1(b), the Court finds the Amended Complaint, Filing No. 11, is supplemental to the Complaint, Filing No. 1. It does not supersede the original pleading.

2.  The Clerk of the District Court is directed to terminate AON Risk as a defendant and add Sedgwick Claims Management Services, Inc. as a named defendant. *See* Filing No. 11.

3.  The Clerk of the District Court is directed to issue the summons for Sedgwick Claims Management Services as requested in Filing No. 11. The Clerk of the Court shall provide the summons to Plaintiff to effectuate service.

4.  Plaintiff shall serve the summons together with a copy of the Complaint, Filing No. 1, the Amended Complaint, Filing No. 11, and a copy of this order.

Dated this 27th day of February, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge